## ORCUTT v. STATE. (No. 12014.)

Court of Criminal Appeals of Texas.
Oct. 31, 1928.

Fitzgerald & Grundy, of Memphis, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

HAWKINS, J. Conviction was for possessing intoxicating liquor for the purpose of sale, punishment being assessed at one year in the penitentiary.

It is made known to this court by proper affidavit from the sheriff of Hall county, Tex., that since this court acquired jurisdiction of the case appellant has died.

The appeal is therefore abated.